Sidney SMITH;  Haunted History Tours, Inc.;  Maureen King;  Lawrence C. Barthe;  Kathryn O'Connor;  Paul Chasse;  Carla Boullion;  Rick Hicks;  Rudy Arceo;  Nancy Connolly;  Kalila Smith;  Rene Laizer;  Samantha Finstad;  Brett Thomas;  Kevin Lepine;  Midian Von Thorne;  Charles Duffy;  Mike Dardant;  Bert Esteves, Plaintiffs—Appellants

v.

CITY OF NEW ORLEANS, Defendant—Appellee.

No. 06–30296.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2007.

Eric Robert Goza, Law Offices of Eric R. Goza, New Orleans, LA, Eugene P. Redmann, Metairie, LA, for Plaintiffs–Appellants.

Edward R. Washington, III, Assistant City Attorney, Warren Peter McKenna, III, City Attorney's Office for the City of New Orleans, New Orleans, LA, for Defendant–Appellee.

Before DAVIS and STEWART, Circuit Judges, and CRONE,\* District Judge.

PER CURIAM: \*\*

The appellant challenges the district court's order following a bench trial deny-

ing plaintiff's application to enjoin the enforcement of an ordinance establishing restrictions on walking tour guides in the City of New Orleans.

Based on our review of the record along with the briefs of the parties and argument of counsel, we affirm the judgment of the district court essentially for the reasons stated in its February 2, 2006, Order and Reasons.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.